IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAYLA NICOLE SMITH,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and ROBERT L.
BOSTIAN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3753

Opinion filed July 8, 2015.

An appeal from the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Shayla N. Smith, pro se, Appellant.

Louis A. Gutierrez, Assistant Court Chief, Reemployment Assistance Appeals
Commission, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, WETHERELL, and BILBREY, JJ., CONCUR.